UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| RODNEY JAMES MILLS, | Case No. 22-cv-05367-LB |
| Plaintiff, | |
| v. | **ORDER OF TRANSFER** |
| J. AGURKIS, et al., | |
| Defendants. | |

Rodney Mills filed this *pro se* civil rights action complaining about events and omissions occurring at the Butte County Jail, located in Butte County and within the venue of the Eastern District of California. The defendants are at that jail and apparently reside in the Eastern District of California. Plaintiff is detained in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District of California. Venue therefore would be proper in the Eastern District of California and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.

**IT IS SO ORDERED.**

Dated: September 22, 2022

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No. 22-cv-05367-LB